Anthony ADDUCCI, Plaintiff—Appellant,

v.

Kelly HARRINGTON, Warden; et al., Defendants—Appellees.

No. 11–15310.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.[*]

Filed March 12, 2012.

Anthony Adducci, Avenal, CA, pro se.

Diana Esquivel, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM [**]

Anthony Adducci, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

689

for clear error its factual determinations. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed the action without prejudice because Adducci failed to exhaust administrative remedies prior to filing suit. *See Woodford v. Ngo,* 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Adducci's remaining contentions are unpersuasive.

**AFFIRMED.**